UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERTO MARTINEZ (TDCJ No. 2067337), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:19-cv-559-B |
| THE COURT OF APPEALS OF TX 5TH DISTRICT DALLAS | § § § § | |
| Defendant. | § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATED: MARCH 29, 2019.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE